IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY PAUL MARSH,<br><br>    Petitioner,<br><br> v.<br><br>TRENT ALLEN, et al.,<br><br>    Respondents. | No. 2:23-CV-0877-DMC-P<br><br>ORDER |

   Petitioner, a state prisoner proceeding with retained counsel, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254.  A review of the docket reflects that "People of the State of California" is listed in additional to Warden Trent Allen as a respondent to this action.  The Clerk of the Court is directed to terminate "People of the State of California" as an improper respondent.  See Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994); see also Rule 2(a), Federal Rules Governing Section 2254 Cases.  This action shall proceed against Warden Trent Allen as the only respondent.

   IT IS SO ORDERED.

Dated:  June 6, 2023

                     _____
                     DENNIS M. COTA
                     UNITED STATES MAGISTRATE JUDGE