IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY PAUL MARSH,<br><br>        Petitioner,<br><br>   v.<br><br>TRENT ALLEN,<br><br>        Respondent. | No.  2:23-CV-0877-DMC-P<br><br>ORDER |

       Petitioner, a state prisoner proceeding with retained counsel, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254.  Pending before the Court is Petitioner's motion, ECF No. 16, for an extension of time to file a traverse.  Good cause appearing therefor based on counsel's declaration indicating that the request is unopposed, Petitioner's motion will be granted.

       Accordingly, IT IS HEREBY ORDERED as follows:

       1.    Petitioner's motion for an extension of time, ECF No. 16, is GRANTED.

       2.    Petitioner may file a traverse within 30 days of the date of this order.

Dated:  August 15, 2023

                                                                              DENNIS M. COTA
                                                                              UNITED STATES MAGISTRATE JUDGE