Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for *Petitioner*
JEFFREY PAUL MARSH

# United States District Court
## for the Eastern District of California
### Sacramento Courthouse

| | |
|---|---|
| ELIJAH GOETHE,<br><br>          *Petitioner*,<br>    vs.<br><br>JEFFREY PAUL MARSH, Warden, Salinas Valley State Prison,<br><br>          *Respondent,* | No. **2:23-cv-00877-DMC**<br><br>ORDER |

    Good cause appearing, and the motion being unopposed, IT IS HEREBY ORDERED as follows:

    1.    Petitioner's unopposed motion, ECF No. 15, is GRANTED.

    2.    This Court orders that the sealed "Marsden" transcripts (of hearings on motions to replace appointed defense counsel in the state trial court) be unsealed. The dates of these hearings are as follows: January 29, 2020, February 13, 2020, March 16, 2020, and May 14, 2020.

    3.    The Court further directs respondent to make a supplemental e-lodging of these unsealed transcripts within 30 days of this order.

    Dated: August 15, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE