# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY PAUL MARSH,<br><br>   Petitioner,<br><br>   v.<br><br>DANIEL CUEVA,<br><br>   Respondent. | No.  2:23-CV-0877-DMC-P<br><br>ORDER |

      Petitioner, a state prisoner proceeding with retained counsel, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254.  Pending before the Court is Respondent's motion, ECF No. 12, to substitute.  Good cause appearing therefor, Daniel Cueva is substituted for his predecessor pursuant to Federal Rule of Civil Procedure 25(d).  The Clerk of the Court is directed to update the docket to reflect the above caption.

      IT IS SO ORDERED.

Dated:  September 15, 2023

                                                  DENNIS M. COTA<br>                                                  UNITED STATES MAGISTRATE JUDGE